UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONNIE DIXON
BOP Register No. 40571-018

v.  Case No. 8:16-cv-1832-T-24 TBM
8:02-cr-397-T-24 TBM

UNITED STATES OF AMERICA

_____/

## ORDER

This cause comes before the Court upon the filing of a Joint Stipulation between the United States and Defendant Ronnie Dixon regarding Section 2255 Motion (Doc. CV-8) filed November 4, 2016. The parties agree that in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), Defendant's § 2255 motion should be granted. Defendant was sentenced under the Armed Career Criminal Act ("ACCA"), and he no longer qualifies for the ACCA enhancement. Specifically, the parties agree that his prior Florida carrying a concealed firearm does not qualify as an ACCA predicate offense.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendant's 28 U.S.C. § 2255 motion to vacate (Doc. CV-1, CR-69) is granted.

(2) The Probation Office shall prepare an amended Presentence Report ("PSR") pursuant to Federal Rule of Criminal Procedure 32 and Local Rule 4.12 and file it in the criminal case on or before December 7, 2016.

(3) Upon the submission of the final amended PSR to the Court, the Court will set a sentencing date and cause Defendant to be transported from the Bureau of Prisons to the Tampa Division of the Middle District of Florida for resentencing.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of November, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record
U.S. Probation